```
Lafayette Parish        C-20206357
Filed Dec 22, 2020 10:56 AM   F
     Morgan Foreman
   Deputy Clerk of Court
```

| | |
|---|---|
| BECKY BADON | SUIT NO.: **C-20206357** SEC: |
| VERSUS | 15TH JUDICIAL DISTRICT COURT |
| DOLGENCORP, LLC<br>D/B/A DOLLAR GENERAL and<br>DG LOUISIANA, LLC | PARISH OF LAFAYETTE<br><br>STATE OF LOUISIANA |

**■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■**

### PETITION FOR DAMAGES

Now into Court, through undersigned counsel, comes plaintiff, **BECKY BADON**, a person of legal age and majority, domiciled in the Parish of Lafayette, State of Louisiana, who respectfully represents the following, to wit:

1.

Made defendants herein are:

  a. **DOLGENCORP, LLC d/b/a DOLLAR GENERAL**, a corporation authorized to do and doing business in the State of Louisiana with its principal place of business at Goodlettsville, Tennessee

  b. **DG LOUISIANA, LLC**, a corporation authorized to do and doing business in the State of Louisiana with its principal place of business at Goodlettsville, Tennessee

2.

The aforementioned defendants are justly and truly liable to the plaintiff, **BECKY BADON**, for damages, injuries and losses which she sustained together with legal interest from the date of judicial demand and for all costs of these proceedings in the accident described herein, to wit.

3.

Venue and jurisdiction are proper as the complained of accident occurred within the jurisdictional limits of his Honorable Court.

4.

On or about January 6, 2020, plaintiff, **BECKY BADON**, was a patron of **DOLLAR GENERAL** located at 3741 W. Pinhook Road, Broussard, Louisiana.

5.

As **BECKY BADON** was proceeding through **DOLLAR GENERAL**, she fell due to a wet and oily substance that had spilled on the floor. The wet floor presented a hidden or latent hazard to patrons such as **BECKY BADON**.



Certified True and Correct Copy
CertID: 2020122300251

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/23/2020 10:43 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).  **EXHIBIT A**

6.

The aforementioned wet/slippery floor caused **BECKY BADON** to slip and fall to the floor causing severe injuries.

7.

Plaintiff alleges upon information and belief that the floor, which was within the care, custody and control of defendant, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL**, AND **DG LOUISIANA, LLC** was inadequately monitored for safety hazards, and this lack of monitoring presented an unreasonable risk of harm which was foreseeable.

8.

Plaintiff alleges there was an oily substance left on the floor by a Dollar General employee, who was aware of the spill. It was not cleaned, allowing a known hazard.

9.

Plaintiff alleges that defendant, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL** and **DG LOUISIANA, LLC** allowed the unreasonably dangerous condition which caused harm to the plaintiff or had actual or constructive knowledge of the condition and failed to exercise reasonable care to prevent harm unto the plaintiff or other patrons.

10.

As a result of the above described incident, petitioner, **BECKY BADON**, sustained severe and disabling injuries including, but not limited to:

1. Her shoulder, neck, and back
2. Other injuries which will be more fully established at trial.

11.

Petitioner, **BECKY BADON**, claims the following damages as a result of the aforementioned accident and injuries:

1. Physical pain and suffering – past, present and future;
2. Mental pain, anguish and distress – past, present and future;
3. Loss of enjoyment of life – past, present and future;
4. Lost wages – past, present and future;
5. Disability- past, present and future;
6. Impairment of earning capacity – past, present and future;
7. Medical expenses – past, present and future;


Certified True and Correct Copy
CertID: 2020122300251


Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/23/2020 10:43 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8. Other elements of damages to be more fully set forth at the trial of this matter.

12.

Plaintiff alleges that defendants, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL and DG LOUISIANA, LLC** are liable in solido for all such injuries caused by their fault and negligence under La. Civil Code article 2315, 2317, 2317.1, 2320, and 2322.

13.

In no way did plaintiff, **BECKY BADON**, contribute to or cause the accident sued upon herein.

14.

Petitioner alleges that the proximate cause of the accident and the petitioner's damages was the fault and negligence of **DOLGENCORP, LLC d/b/a DOLLAR GENERAL AND DG LOUISIANA, LLC** which is described in part, but not exclusively, above and as follows:

1. In failing to exercise the degree of care that might reasonably be expected of an ordinarily prudent person under the same or similar circumstances;
2. In failing to exercise reasonable care to keep its floors in a reasonably safe condition;
3. In allowing the unreasonably dangerous condition to continue despite notice;
4. In failing to timely correct an unreasonably dangerous condition on its premises;
5. In failing to properly inspect its premises;
6. In failing to maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended; and
7. Any and all acts of negligence, omission, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish regulations and ordinances.

WHEREFORE, petitioner prays that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the petitioner, **BECKY BADON**, and against the defendants, **DOLGENCORP, LLC d/b/a DOLLAR GENERAL AND DG LOUISIANA, LLC** jointly, severally, and in solido for compensatory damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Petitioner further prays for any and all additional legal equitable relief which this Honorable Court may deem necessary and proper.


**Certified True and Correct Copy**
CertID: 2020122300251

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/23/2020 10:43 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Respectfully Submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

_____
**Misti Landry Bryant (33748)**
Attorneys for BECKY BADON
P.O. Box 51127
Lafayette, LA 70505
Phone:    (337) 541-6585
Facsimile: (337) 735-8012

**PLEASE SERVE:**

**DOLGENCORP, LLC d/b/a DOLLAR GENERAL**
*Through its registered agent for service of process:*
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**DG LOUISIANA, LLC**
*Through its registered agent for service of process:*
Corporation Service Company
501 Louisiana Ave.
Baton Rouge, LA 70802

**Certified True and Correct Copy**
CertID: 2020122300251

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/23/2020 10:43 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

```
Lafayette Parish          C-20206357
Filed Dec 22, 2020 10:56 AM      F
     Morgan Foreman
   Deputy Clerk of Court
```

| | |
|---|---|
| **BECKY BADON** | SUIT NO.: **C-20206357** SEC: |
| **VERSUS** | **15TH JUDICIAL DISTRICT COURT** |
| **DOLGENCORP, LLC**<br>**D/B/A DOLLAR GENERAL and**<br>**DG LOUISIANA, LLC** | **PARISH OF LAFAYETTE**<br><br>**STATE OF LOUISIANA** |

## REQUEST FOR NOTICE OF TRIAL, HEARINGS AND ORDERS

PLEASE TAKE NOTICE that Gordon J. McKernan and Misti L Bryant, attorneys for plaintiffs, **BECKY BADON,** does hereby request written notice of the date of trial of the above matter, as well as notice of all hearings (whether on the merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge or any member of the Court or Clerk of Court's office, as provided in Louisiana Code of Civil Procedure arts. 1572, 1913, and 1914. I hereby certify that a copy of this Notice has this date been forwarded to all parties by depositing same in the United States Mail, postage prepaid and properly addressed.

Respectfully submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

**Misti Landry Bryant (33748)**
P.O. Box 51127
Lafayette, LA 70505
Phone:   (337) 541-6585
Facsimile: (337) 704-2805
**Attorney for Becky Badon**



| Certified True and Correct Copy<br>CertID: 2020122300252 | Lafayette Parish<br>Deputy Clerk of Court | Generated Date:<br>12/23/2020 10:43 AM |
|---|---|---|

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).